AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

_Dorian D. Wainer_
Plaintiff

v.

_Kathy Amalfitano_
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 08 - 083

I, __DORIAN D. WAINER__ declare that I am the (check appropriate box)

• • (Petitioner/Plaintiff/Movant)   • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED FEB - 8 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   •(Yes)   • •No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration __Delaware Correction Center__

   **Inmate Identification Number (Required):** __00474316__

   Are you employed at the institution? __no__   Do you receive any payment from the institution? __no__

   _Attach a ledger sheet from the institution of your incarceration showing at least the past **six** months' transactions_

2. Are you currently employed?   • •Yes   •(No)

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   • • Yes   • •(No)
   b. Rent payments, interest or dividends   • • Yes   • •(No)
   c. Pensions, annuities or life insurance payments   • • Yes   • •(No)
   d. Disability or workers compensation payments   • • Yes   • • No
   e. Gifts or inheritances   • • Yes   • •(No)
   f. Any other sources   • •(Yes)   • • No

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive. _My Parents all both retired professionals and they give me what I ask for and help take care me because I have diabetes, with hypertention 200 dollars a month during my incarceration_

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.  Do you have any cash or checking or savings accounts?    • • Yes    (•No)

    If "Yes" state the total amount  $_____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    • • Yes    (• • No)

    If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

I declare under penalty of perjury that the above information is true and correct.

2-1-2008                          Dorian D. Blazier
DATE                              SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO:   Dorian Warner, SBI#: 474316

FROM:   Stacy Shane, Support Services Secretary

RE:   **6 Months Account Statement**

DATE:   January 28, 2008

---

Attached are copies of your inmate account statement for the months of July 1, 2007 to December 31, 2007.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| July | 0 |
| Aug | 0 |
| Sept | 0 |
| Oct | 0 |
| Nov | 0 |
| Dec | 0 |

Average daily balances/6 months: _____

Attachments
CC:   File

Stacy Shane   1/28/08

Jeanette J. Hurd   1/28/08

## Individual Statement - No Transactions This Month

Date Printed: 1/28/2008                                                                                              Page 1 of 1

### For Month of July 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00474316 | Wainer | Dorian | D | | |
| **Current Location:** PT | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

## Individual Statement - No Transactions This Month

Date Printed: 1/28/2008  
Page 1 of 1

### For Month of August 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00474316 | Wainer | Dorian | D | | |

**Current Location:** PT

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Total Amount Currently on Medical Hold: $0.00  
Total Amount Currently on Non-Medical Hold: $0.00

## Individual Statement - No Transactions This Month

Date Printed: 1/28/2008                                                                                     Page 1 of 1

### For Month of September 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00474316 | Wainer | Dorian | D | | |
| Current Location: | PT | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement - No Transactions This Month

Date Printed: 1/28/2008  Page 1 of 1

## For Month of October 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00474316 | Wainer | Dorian | D | | |

Current Location:  PT

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Total Amount Currently on Medical Hold:  $0.00

Total Amount Currently on Non-Medical Hold:  $0.00

## Individual Statement - No Transactions This Month

Date Printed: 1/28/2008                          Page 1 of 1

### For Month of November 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00474316 | Wainer | Dorian | D | | |
| Current Location: | PT | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

## Individual Statement - No Transactions This Month

Date Printed: 1/28/2008            Page 1 of 1

### For Month of December 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00474316 | Wainer | Dorian | D | | |
| Current Location: | PT | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00