ORIGINAL

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) **DoRIAN D. WAINER #00474316**
(Name of Plaintiff)  (Inmate Number)

**1181 Paddock Road**
**Smyrna DE 19977, Delaware Correction Center**
(Complete Address with zip code)

(2) ~~[redacted]~~
(Name of Plaintiff)  (Inmate Number)

~~[redacted]~~
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**Kathy** vs. **Amalfitano**
(1) **The Sykes Building**
(2) **45 The Green**
**Dover DE. 19901**
(3) **and Dover Public Defenders office**
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

- 0 8 - 0 8 3 -
(Case Number)
( to be assigned by U.S. District Court)

FILED
FEB - 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CIVIL COMPLAINT

NO scanned
IFP

•• Jury Trial Requested
yes

DeShawn Scott #00415266
EYEwitness that was in court 1-18-08

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

**Wainer vs Sheriff Neil Perry, Settle out Jacksonville federal Court 6602 in the State of Florida**

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

    A.    Is there a prisoner grievance procedure available at your present institution?  • •Yes   • •No

    B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?  •(Yes)  •No

    C.    If your answer to "B" is Yes:

        1. What steps did you take? _I explained to the Public defenders 1-17-2008 at a video meeting that I have had prior legal conflict with Paul Swierzbinski_

        2. What was the result? _The Public Defender Office did not care previous case #on Public defender Paul Swierzbinski 08-75 I dropped it because I could not afford legal fee's_

    D.    If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

    (1) Name of first defendant: _Attorney-Kathy Amalfitano_

    Employed as _Public Defender_ at _Kent County Public defender_

    Mailing address with zip code: _45 Sykes Building, Kent Co. Dover, Delaware 19901_

    (2) Name of second defendant: _Kent County Public Defender Office_

    Employed as _the Complete Office_ at _in it's entire_

    Mailing address with zip code: _45 the Green, The Sykes Building Dover, Delaware 19901_

    (3) Name of third defendant: _____

    Employed as _____ at _____

    Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)


IV. STATEMENT OF CLAIM *Continued on regular white line paper*

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. At a meeting with attorney, of the Public defender office, Kent Co. Kathy Amalfitano 1-18-08 before my preliminary hearing and I explained that SCI during my previous custodial institution custody which I was re-

2. leased from Georgetown SCI Dec 31, 07 I told Mrs Amalfitano that registration shall be completed during level IV, or V sentence but not more than 90 days, nor less than 45 day prior to the offenders release, discharged or parole. Court she got very upset with me

3. because I told her I would like to hold my preliminary hearing, on after I told her I was in the hospital when another crime took place and showed her the hospital admission band from Kent general hospital, tribunal

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. 200 thousand dollars for Kathy Amalfitano for violating the 6th sixth amendment 50 thousand dollars for unappropriate legal conduct

#3 Continue Statement Of Claim

with this admissibility of evidence an when I approached the tribunal for this hearing, she, Mrs Amalfitano abandoned me during these preliminary proceedings and let the court, state prosecutor and just me approach the court without any counsel for the defendant which is in violation of the 6 sixth amendment, My Right to Counsel "Mrs Amalfitano character", cause me the defendant to waive my preliminary hearing with the state attorney or ADA, with him threatening me if I did not waive my prelim. he was going to raise my bond all to cash an up a few more thousands so that I could not post bond. Tribunal there are no eliminating rational basis for Mrs Amalfitano bad ethical legal conduct, and her reckless abandonment of counsel during my court proceedings is missible for this type of federal action Mrs Amalfitano was intentionally malice and reckless to a black minority that needed her professional legal assistance from a Public Appointed office. Mrs Amalfitano singled me out and let the wolfs of Kent County legal system, meaning the A.D.A. to have me for brunch, while she just sat an watch without any legal help at all from Mrs Amalfitano she went against lawyers ethical rules of conduct of lawyers

2. 25 thousand dollars for malice in-defference towards a black minority and causing me to waive my prelim. because I did not have a ethical lawyer with good morals an values as an attorney

3. 45 thousand dollar for abandonment of Counsel during preliminary proceedings leaving me to approach the tribunal alone on 1-18-2008 with the Kent Co. A.D.A. and no Public defender counsel at all

total 320,000 dollars

I declare under penalty of perjury that the foregoing is true and correct.

Signed this Feb day of 1, 2008.

Dorian D. Blainer
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

Dorian O. Blanco Unit PT
SBI #00474316
Delaware Correction Center
1181 Paddock Road
Smyrna, Delaware 19977

U.S.M.
X-RAY

Federal Court Clerk
U.S. District Court
Lockbox 18
Wilmington, Delaware
19801