IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DORIAN D. WAINER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-83-SLR |
| | ) |
| KATHY AMALFITANO and | ) |
| KENT COUNTY PUBLIC DEFENDER | ) |
| OFFICE, | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

I, Dorian D. Wainer, SBI #474316 request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated February 25, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: March 17, 2008.

_Dorian D. Wainer_

Signature of Plaintiff

Brian O. Bleach
SBI# 00414316 UNIT PT
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

7160 43519 0012 1950 1351

Federal District Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570