To: US District Court

From: DORIAN D. WAINER; 00474316

Subject: Request removal Court fee 20% lean off my inmate account 1:08-CV83

Date: June 11, 2008

Federal Court enclosed is a order from your court dismissing case 1:08-CV 83 on 5-13-2008 Please remove the 20% Court Fee lean against my inmate account
According to DCC business office records your court has recieved a check for 22 DOllARS from my account after dismissing this cas, please return my funds, and with respect respond in writing

Under The Penalty Of Perjury I Declare That Above Is True And Correct To The Best Of My Knowledge

On This 11 Day Of June 2008

Dorian D Wainer
Plaintiff Signature

FILED
JUN 12 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Other Orders/Judgments**
1:08-cv-00083-SLR Wainer v. Amalfitano et al
PaperDocuments

U.S. District Court

District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 5/14/2008 at 4:26 PM EDT and filed on 5/14/2008
**Case Name:**         Wainer v. Amalfitano et al
**Case Number:**       1:08-cv-83
**Filer:**
**Document Number:** 6

**Docket Text:**
**MEMORANDUM ORDER dismissing the complaint for failure to state a claim upon which relief may be granted. Signed by Judge Sue L. Robinson on 5/13/2008. (nmf)**


**1:08-cv-83 Notice has been electronically mailed to:**

**1:08-cv-83 Notice has been delivered by other means to:**

Dorian D. Wainer
SBI# 474316
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/14/2008] [FileNumber=566840-0]
[4a7579933ba07dbfa8e74332d566131a67d892afa751f6096939fe730aebebbf2808
5de8af7d6b1e288576df8072e38b9b5f7ded819dbaf2ed5eb2c03035c6e0]]



I/M Aaron O. Blazer
SBI# 00474314 UNIT DT
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

Legal
Please
Open

WILMINGTON DE 197
11 JUN 2008 PM 3 L

Office Of the Clerk
United States District Court
844 N. King Street 3rd Floor 18
Wilmington Delaware
19801-3570