In The United States District Court, State Of Delaware In And For New Castle County

DORIAN D. WARNER
PLAINTIFF

Case No. 08-83-SLR

V.

KATHY AMALFITANO

MOTION TO RESEND
20% LEAN ON INMATE ACCOUNT

FILED
JUN 26 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned

U.S. District Court I am requesting that $350 filing fee be resended, taken away for the following reasons; monies were deducted after the case was closed on May 14, 2008. A forma pauperis was filed in this case, because I am unable to pay the initial filing fee's. This case was dismissed, do to failure to state a claim upon, where a prisoner seeks redress from a government defendant in a civil action. Do to all my present states fines, cost of court, prosecution fee's etc. And sense in case 08-83 I did not recieve any proceeds I am requesting that the 20% inmate lean on my account be dismissed by this court because now I am unable to buy hygiene and personal care products do to this 20% lean.

June 24, 2008
DATE

Dorian Warner
PLAINTIFF SIGNATURE

I/M Steven O. Palmer
SBI# 00474316  UNIT C-Bldg
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal-
Legal Mail

Clerk of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570