IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DORIAN D. WAINER, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civ. No. 08-083-SLR ) |
| KATHY AMALFITANO, et al., | ) ) |
|     Defendants. | ) ) |

**O R D E R**

At Wilmington this 18th day of July, 2008, having considered plaintiff's motion for reconsideration;

IT IS ORDERED that plaintiff's motion (D.I. 9) is denied for the reasons that follow.

1. Plaintiff, an inmate housed at the Delaware Correctional Center, proceeds pro se and was granted leave to proceed without prepayment of fees. At the time he filed suit, the court assessed a $350.00 filing fee as required by 28 U.S.C. § 1914 and § 1915. (D.I. 4)

2. Plaintiff's case was dismissed for failure to state a claim upon which relief can be granted. (D.I. 6) He moved for reimbursement of monies paid toward the filing fee. D.I. 7) On June 23, 2008, the court denied his request, concluding, in part, that section 1915 provides that if a prisoner brings a civil action in forma pauperis, he shall required to pay the full amount of the filing fee. (D.I. 8)

3. Plaintiff moves for reconsideration and requests that his filing fee be returned

so that he may purchase personal care products. (D.I. 9)

4. The purpose of a motion for reconsideration is to "correct manifest errors of law or fact or to present newly discovered evidence." Max's Seafood Café ex rel. Lou-Ann, Inc. v. Quinteros, 176 F.3d 669, 677 (3d Cir. 1999). Accordingly, a court may alter or amend its judgment if the movant demonstrates at least one of the following: (1) a change in the controlling law; (2) availability of new evidence not available when summary judgment was granted; or (3) a need to correct a clear error of law or fact or to prevent manifest injustice. See id.

5. Plaintiff has failed to demonstrate any of the aforementioned grounds to warrant a reconsideration of the court's June 23, 2008 order.

_____
United States District Judge