In The United States Court For The
District Of Delaware

DORIAN D. WAINER
PLAINTIFF

V

KATHY AMALFITANO
DEFENDANT

Civ. No. 08-083 SLR

FILED
AUG 25 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion

To Request in writing From This Court Above Plaintiff Is Only Required to this Court 20% Of His Beginning Balance Each Month of His Inmate Account For filing Fee's

Court, I am requesting a letter or a order under 28 U.S.C. §1914 and §1915 that states I am only required by this Court to pay 20% of the beginning balance of my account each month until the 350 dollar filing fee's is rendered. Court the reason for this legal request is because James T. Vaughn Correctional Center, Business Office is taking 40% up to 60% monthly out of my account and electronically depositing toward my filing fee's without my permission in which is illegal. Court please send a copy of the disposition of this requested order or letter of this motion to James T. Vaughn Business Office at this Correction Center

UNDER THE PENALTY OF PERJURY, I DECLARE THAT ABOVE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

8-22-2008
DATE

Dorian D. Wainer
SIGNATURE OF MOVANT

INMATE [name] Zhuney
SBI# 00474316   UNIT E-Bldg
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office Of The Clerk
United States District Court
844 N. King Street Lock Box 18
Wilmington, Delaware
19801-3570